UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUAN VALERA,                    )<br>                                 )<br>    Plaintiff,                  )<br>                                 )<br>v.                               )<br>                                 )<br>DENNIS RIORDAN, District         )<br>Director Boston, U.S.            )<br>Citizenship & Immigration        )<br>Services, EDUARDO AGUIRRE,       )<br>Director of USCIS, and           )<br>THOMAS RIDGE,                    )<br>Department of Homeland           )<br>Security,                        )<br>                                 )<br>    Defendants.                  )<br>                                 ) | Civil Action No. 04-12656-NMG |

**ASSENTED TO MOTION OF THE DEFENDANTS TO ENLARGE THE TIME
TO ANSWER OR OTHERWISE RESPOND**

The defendants in the above-captioned matter respectfully move this Court, pursuant to Fed.R.Civ.P. 6(b), for an enlargement of time to file an answer or otherwise respond in this matter until March 4, 2005.

As reasons therefore, the defendants state that the Assistant U.S. Attorney assigned to handle this matter, Mark Grady, is sick with the flu and needs an additional seven (7) days in which to file the defendants answer or otherwise respond.

Wherefore the defendants respectfully request that this Court grant an enlargement of time to file an answer or otherwise respond in this matter until March 4, 2005.

The plaintiff has assented to this request.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorney,

        MICHAEL J. SULLIVAN
        United States Attorney

Dated: February 25, 2005 By:  \* /S/ Mark Grady
        Mark Grady
        Assistant U.S. Attorney
        U.S. Attorney's Office
        John Joseph Moakley Courthouse
        Suite 9200
        1 Courthouse Way
        Boston, MA 02210
        (617) 748-3136

\*   AUSA Mark Grady authorized AUSA Christopher R. Donato to sign and file this motion on his behalf.

### CERTIFICATE OF SERVICE

I certify that on this day a true copy of the above document was served by first class mail, postage prepaid, upon the attorney for the plaintiff:

Michael P. Martel, Esq.
41 Ocean Street
Lynn, MA 01902

Dated: February 25, 2005     /S/ Christopher R. Donato
        Christopher R. Donato
        Assistant U.S. Attorney
        On behalf of AUSA Mark Grady

### CERTIFICATION PURSUANT TO L.R. 7.1 (A)(2)

I hereby certif that I have spoken to the attorney for the plaintiff and he assented to this motion.

Dated: February 25, 2005     /S/ Christopher R. Donato
        Christopher R. Donato
        Assistant U.S. Attorney
        On behalf of AUSA Mark Grady