UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN VALERA, )<br>)<br>      Petitioner, )<br>) | <br><br><br>CIVIL ACTION |
| v. )<br>) | 04-12566-NMG |
| DENIS REARDON, et al. )<br>)<br>      Defendants. ) | |

### ASSENTED TO MOTION FOR A TWO WEEK EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Now come the Defendants to request that the time file an answer or otherwise respond to the Plaintiff's complaint be extended until March 18, 2005. Counsel for the Plaintiff has assented to this request. As grounds for the motion, the Defendants state:

The instant Complaint seeks a hearing before this Court on the Plaintiff's naturalization petition or an order, in the nature of mandamus, directing immigration officials to issue a decision on the Petitioner's request for naturalization.

Since the filing of this action, the Petitioner was asked, and in fact appeared, for re-fingerprinting by immigration officials and it appears that there are no further impediments to an adjudication. Obviously, were immigration officials to issue a decision favorable to the Plaintiff, it would obviate the need for further court action.

The United States does not, by this motion, represent that such a decision may be reached within the two week extension. Instead, the extension is requested to allow undersigned counsel additional time to further consult with immigration officials and Plaintiff's counsel regarding the likelihood that immigration officials could reach a decision in a time frame acceptable to the Plaintiff, possibly obviating the need for further action by this Court. Indeed, such an extension

would not ordinarily be necessary, however, the illness of undersigned counsel in the week preceding this motion has prevented meaningful communication with immigration officials on this issue.

The requested extension is not sought in bad faith and should not unduly delay the disposition of this matter. Indeed, it is possible, as noted, that the requested extension may render further court action unnecessary.

WHEREFORE, the Defendants request that the motion be allowed.

> Respectfully submitted,
> MICHAEL J. SULLIVAN
> United States Attorney
>
> /s/ Mark J. Grady
> MARK J. GRADY
> Assistant U.S. Attorney
> U.S. Attorney's Office
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 9200
> Boston, MA  02210
> Tel. No. (617) 748-3136

**Certificate of Compliance**

I hereby certify that on March 4, 2005, I contacted the Petitioner's counsel who assented to this motion.

> /s/ Mark J. Grady
> Mark J. Grady
> Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 4th day of March 2005 service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Michael Martel, 41 Ocean Street Lynn, MA 01902.

> /s/ Mark J. Grady
> Mark J. Grady
> Assistant United States Attorney