UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN VALERA, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION |
| v. ) | 04-12566-NMG |
| ) | |
| DENIS REARDON, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR A FURTHER EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND AS THE CLAIM NOW APPEARS MOOT**

Now come the Defendants to request that the time file an answer or otherwise respond to the Plaintiff's complaint be extended until April 1, 2005.

During the last continuance, undersigned counsel was informed by immigration officials that the claimant's petition for naturalization had been allowed. As such, there is no longer any dispute to be resolved by this Court. I have spoken to counsel for the Plaintiff who has indicated that a voluntary dismissal would be filed once the claimant has received notice of the immigration action.

WHEREFORE, the Defendants request that the motion be allowed.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

**Certificate of Compliance**

I hereby certify that on March 21, 2005, I attempted to confer with Plaintiff's counsel and left a message with his office.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 21st day of March 2005 service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Michael Martel, 41 Ocean Street Lynn, MA 01902.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney