UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN VALERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | 04-12656-NMG |
| ) | |
| DENIS REARDON, et al. ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

      Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties to this action hereby stipulate to the dismissal of this action, with prejudice and without costs or fees to either party.

For the Plaintiff,                                                    For the Defendants,

JUAN VALERA,                                                   UNITED STATES OF AMERICA,

                                                                               MICHAEL J. SULLIVAN
                                                                               United States Attorney

 /s/ Mark J. Grady for Michael Martel by
verbal authorization
Michael Martel                                                    By:     /s/ Mark J. Grady
41 Ocean Street                                                            Mark J. Grady
Lynn, MA 01902                                                           Assistant U.S. Attorney
(781) 593-8550                                                             1 Courthouse Way, Suite 9200
                                                                                Boston, MA 02210
                                                                                BBO No: 630672
                                                                                617-748-3136